

1

2

3

4

5

6               UNITED STATES DISTRICT COURT

7               CENTRAL DISTRICT OF CALIFORNIA

8                     WESTERN DIVISION

9

10  CHARLIE HANVEY,                    )   No. CV 09-3703 AG (FFM)
                                       )
11                 Plaintiff,          )   ORDER SUMMARILY DISMISSING
          v.                           )   ACTION
12                                     )
    CALIFORNIA PAROLE                  )
13  DEPARTMENT, et al.                 )
                                       )
14                 Defendants.         )
    _____)
15

16          Plaintiff filed a *pro se* Civil Rights Complaint on May 29, 2009.  On June 2,

17  2009, the Court served an order on plaintiff which, among other things, advised

18  plaintiff that "[d]uring the pendency of the action, plaintiff must notify the Court

19  immediately if his address changes and must provide the Court with the new

20  address and its effective date."

21          Court orders dated June 2, 2009 and June 5, 2009 sent to plaintiff at his last

22  known address in Industry, California were returned to the Court with the notation

23  "Moved."

24          Pursuant to Local Rule 41-6:

25          A party proceeding *pro se* shall keep the Court and opposing parties

26          apprised of such party's current address and telephone number, if any.

27          If mail directed by the Clerk to a *pro se* plaintiff's address of record is

28          returned undelivered by the Postal Service, and if, within fifteen (15)

            days of the service date, such plaintiff fails to notify, in writing, the

1   Court and opposing parties of his current address, the Court may

2   dismiss the action with or without prejudice for want of prosecution.

3   Local Rule 41-6; *see Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).

4   Therefore, on June 24, 2009, the Court issued an Order to Show Cause,

5   requiring plaintiff to show cause within 15 days why this action should not be

6   dismissed for failure to prosecute. That order was returned as undeliverable on or

7   about July 7, 2009.

8   To date, plaintiff has not notified the Court of his new address and, as a

9   result, the Court has no way of communicating with plaintiff. Accordingly, this

10   action is **ORDERED DISMISSED** without prejudice for failure to prosecute. *See*

11   *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962); Fed. R. Civ. P. 41(b).

12   LET JUDGMENT BE ENTERED ACCORDINGLY.

13

14   DATED:  July **23** 2009

15                                   ANDREW GUILFORD
                                    United States District Judge

16

17

18   Presented by: _____

19                   FREDERICK F. MUMM
                    United States Magistrate Judge

20

21

22

23

24

25

26

27

28